# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

BENJAMIN A. GOFF,      )
         )
     Plaintiff,      )
         )
     v.      )      **Case No. 3:12-0713**
         )      **JUDGE SHARP**
BROOK-HOLLOW CAPITAL,      )      **Magistrate Judge Brown**
LLC and BROOK-HOLLOW      )
FINANCIAL, LLC,      )
         )
     Defendants.      )

## SECOND DECLARATION OF BENJAMIN J. ETSCHEID

1. I am over eighteen years of age, competent to testify in a legal proceeding and give this declaration of my own personal knowledge.

2. Neither Brook-Hollow Capital, LLC nor any representatives of Brook-Hollow Capital, LLC ever received a copy of the proposed employment agreement signed by Ben Goff and were unaware that Goff had signed a copy until Goff filed an executed copy with the Court in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2012.

_____

1